UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BK CASE NO. 09-25510-RBR
CHAPTER 7

IN RE:

Roberto Fernandez and Gladys Fernandez
     Debtor(s).

**Any interested party who fails to file and serve a written response to this motion within 15 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(c) be deemed to have consented to the entry of an order granting the relief requested in the motion.**

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (RE: 1527 WINTERBERRY LANE, WESTON, FL 33331)

COMES NOW AMERICAN HOME MORTGAGE SERVICING, INC., by and through its undersigned counsel, and moves this Honorable Court for Relief from the Automatic Stay and in support thereof would show:

1. This Motion is brought pursuant to 11 U.S.C., Section 362(d) and Bankruptcy Rule 4001(a) and Local guidelines effective June 2, 2008.

2. Debtor(s) Roberto Fernandez and Gladys Fernandez, filed a Voluntary Petition pursuant to Chapter 7 of the United State Bankruptcy Code on July 29, 2009.

3. American Home Mortgage Servicing, Inc. is the holder of the Note and recorded Mortgage dated July 3, 2006, originally given to Roberto Fernandez and Gladys E. Fernandez, and given by Mortgage Electronic Registration Systems, Inc., solely as Nominee for American Brokers Conduit and recorded on July 20, 2006. The mortgage was recorded in the Public Records of Broward County, Florida, at Book 42434, Page 74 - 100. See Exhibit "A" Copy of Note and recorded Mortgage and Exhibit "B" Copy of recorded Assignment of Mortgage.

4. The aforementioned documents give American Home Mortgage Servicing, Inc. a First Mortgage position on property known as:

LOT 217, BLOCK 2, SECTOR 2 - PARCELS 21B, 22, 23, & 24, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 168, PAGE 7, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Which bears a common address of 1527 Winterberry Lane, Weston, FL 33331

5. Debtor(s) Roberto Fernandez and Gladys Fernandez are indebted to American Home Mortgage Servicing, Inc. for pre-petition amounts of $562,302.03. See Exhibit "C" Summary Final Judgment of Foreclosure entered May 27, 2009 bearing Case No. CACE 0817252 (13).

6. Payments pursuant to the aforementioned Note and Mortgage have been in default as of the monthly payment due for December 1, 2007 monthly mortgage payment and all payments thereafter.

7. Debtor(s) have failed to adequately protect the interest of Movant.

8. The post-petition payment address for American Home Mortgage Servicing, Inc. is 4875 Belfort Rd., Suite 130, Jacksonville, Florida 32256.

9. The real property subject to this motion is not claimed as exempt by the Debtor. The real property has not been abandoned by the Trustee.

10. American Home Mortgage Servicing, Inc. estimated value of the property is $303,980.00. The source of this estimate value of the real property is the county appraiser's just value which is attached as Exhibit "D".

11. American Home Mortgage Servicing, Inc. is prohibited from commencing or resuming a foreclosure action in State Court because of the pendency of this Bankruptcy action.

12.Undersigned counsel contacted all adverse parties prior to filing this motion for relief in an attempt to resolve the matter without hearing pursuant to Local Rule 9073-1(D).

**WHEREFORE,** American Home Mortgage Servicing, Inc. moves this Honorable Court for relief from the Automatic Stay and for an Order allowing American Home Mortgage Servicing, Inc. to pursue its State Court remedies or for any other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and exhibits was sent via CM/ECF transmission or via first class United States mail on this 9th day of September, 2009 to:

Roberto Fernandez, 4321 Vineyard Circle, Weston, FL 33332
Gladys Fernandez, 4321 Vineyard Circle, Weston, FL 33332
Richard J. Adams, Esq., 1165 West 49 Street #107, Hialeah, FL 33012
Leslie S Osborne, 1300 N. Federal Hwy # 203, Boca Raton, FL 33432
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Mariam S. Zaki
Mariam S. Zaki
FL Bar # 18367
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
10004 N. Dale Mabry Highway, Suite 112
Tampa, FL 33618
Telephone: (813) 367-5814
Fax: (813) 880-8800
E-mail: mzaki@logs.com

09-148089