

**ORDERED in the Southern District of Florida on September 25, 2009.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BK CASE NO. 09-25510-RBR
CHAPTER 7

IN RE:

Roberto Fernandez and Gladys Fernandez
       Debtor(s).

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**THIS CAUSE**, not having come on to be heard before this Court on the Motion of the secured creditor AMERICAN HOME MORTGAGE SERVICING, INC., for Relief from the Automatic Stay (Docket#: 15) and based on the record, it is:

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Relief from the Automatic Stay was filed and served according to Local Rule 4001-1(c), and no objection was filed within the 15 day period.

2. AMERICAN HOME MORTGAGE SERVICING, INC., shall have Relief from the Automatic Stay, in accordance with 11 U.S.C. Section 362(d), for the purpose of foreclosing its Note and Mortgage relating to real property described as follows:

LOT 217, BLOCK 2, SECTOR 2 - PARCELS 21B, 22, 23, & 24, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 168, PAGE 7, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

    3.    The automatic stay with regard to the aforementioned property is hereby modified to allow the secured creditor AMERICAN HOME MORTGAGE SERVICING, INC., to proceed in a Foreclosure action in any Court of competent jurisdiction, and that said property can be sold at a Clerk's Sale without any further Order of this Court.

    4.    This Order grants *in rem* relief only and does not authorize movant to seek or obtain *in personam* relief against the Debtor.

###

Mariam S. Zaki is directed to mail
a conformed copy of this order to all
interested parties, named above,
immediately upon receipt of this order.
09-148089