

**ORDERED in the Southern District of Florida on November 12, 2009.**

_Raymond B. Ray, Judge_
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

**Roberto Fernandez and Gladys Fernandez**

    Debtor(s).

CASE NO. 09-25510-RBR
CHAPTER: 7

_____/

ORDER GRANTING
JPMORGAN CHASE BANK N.A.
MOTION FOR RELIEF FROM STAY

    THIS CAUSE came on for consideration pursuant to the Motion For Relief From Stay (Doc # 20) filed by JPMORGAN CHASE BANK N.A., a secured creditor in the above-styled cause. The Court, having considered said Motion and the Certificate of No Response, finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing. Therefore, it is

    ORDERED as follows:

    1. The Motion for Relief From Stay filed by JPMORGAN CHASE BANK N.A. is granted.

2. The automatic stay provided by 11 U.S.C. 362 is modified as to JPMORGAN CHASE BANK N.A., its Successors and Assigns. Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

**LOT 218, BLOCK 2, SECTOR 2 - PARCELS 21B, 22, 23, AND 24, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 168, PAGE 7, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**a/k/a 1521 Winterberry Lane, Fort Lauderdale, FL  33327-2336.**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing JPMORGAN CHASE BANK N.A., its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. JPMORGAN CHASE BANK N.A., its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

###

Submitted by:
Wayne Spivak
FLORIDA BAR NO. 38191
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541
Bankruptcybox@defaultlawfl.com

B09081554

The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

Roberto Fernandez and Gladys Fernandez
4321 Vineyard Circle
Weston, FL 33332

Richard J. Adams, Esquire
1165 W 49 St #107
Hialeah, FL 33012

Leslie S. Osborne, Trustee
1300 N Federal Hwy #203
Boca Raton, FL 33432

City of Sunrise
PO Box 31432
Tampa, FL 33631-3432

Broward County Tax Collector,
Government Center Annex
115 South Andrews Avenue
Suite A100
Ft. Lauderdale, FL 33301

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

American Home Mortgage
PO Box 660029
Dallas, TX 75266-0029

Savanna Maintenance Association, Processing Center,
PO Box 169010,
Miami, FL 33116-9010

Awilda Esteras, Esq.
Adorno & Yoss, LLP
2525 Ponce De Leon Blvd, Suite 400
Miami, FL 33134

JPMORGAN CHASE BANK N.A.
3415 Vision Drive
Columbus, OH 43219